[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15314

_____

D. C. Docket No. 06-00288-CV-1-KD

NORFOLK SOUTHERN RAILWAY COMPANY,

Plaintiff-Appellant,

versus

ROLISON TRUCKING CO., LLC,
GAIL W. ROLISON,
RONNY P. JOHNSON,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(May 22, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,[*]
District Judge.

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of
Georgia, sitting by designation.

PER CURIAM:

After review and oral argument, we conclude that the district court did not abuse its discretion in granting the motion to stay proceedings. Accordingly, we affirm the district court's order dated September 26, 2006.

**AFFIRMED.**